**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of : | Misc. Action No. _____ |
| : | Hon. _____ |
| **CERTAIN INFOTAINMENT SYSTEMS,** : | Commission for Depositions to be |
| **COMPONENTS THEREOF, AND** : | Taken in Japan |
| **AUTOMOBILES CONTAINING THE** : | |
| **SAME** : | DEPONENTS: Individual |
| : | representatives/employees of Denso |
| : | Corporation, Pioneer Corporation and |
| **COMPLAINANT** : | Socionext Inc. |
| **Broadcom Corporation** : | |
| : | |

**UNOPPOSED EMERGENCY MOTION OF BROADCOM CORPORATION SEEKING
THE COURT'S ISSUANCE OF A COMMISSIONFOR THE TAKING OF
DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND THE
UNITED STATES CONSULATE IN OSAKA, JAPAN**

Broadcom Corporation ("Broadcom") hereby moves on an emergency basis for Court to

issue, Pursuant to Rules 7(b) and 28(b)(1)(D) of the Federal Rules of Civil Procedure,

Complainant Broadcom Corporation ("Broadcom"), in the Matter of *Certain Infotainment*

*Systems, Components Thereof, and Automobiles Containing the Same*, Investigation No. 337-

TA-1119, before the United States International Trade Commission, a certified Commission that

appoints and authorizes any consulate officer at the United States Embassy in Tokyo, Japan, to

take depositions to occur on or about February 22, 2019 through on or about March 1, 2019, and

at the U.S. Consulate in Osaka for the period of January 14, 2019 through on or about February

8, 2019.  Good cause exists for this emergency motion because delay in the parties' pre-

scheduled depositions would disrupt the existing litigation schedule, resulting in needless waste of judicial and private party resources.

1.     On December 17, 2018, Broadcom filed an Unopposed Motion to Issue a Commission for the Taking of Depositions at the United States Embassy in Toyko, Japan and the United States Consulate in Osaka, Japan.  *See* Exhibit A.

2.     Broadcom's Motion was assigned Misc. Action No. 18-mc-188 before Judge Walton.  In view of the upcoming holidays, Broadcom's counsel contacted Judge Walton's courtroom deputy, who advised that Judge Walton will not be able to promptly rule on the motion and suggested that, given the urgency of Broadcom's need for the signed commission, Broadcom file this emergency motion.

3.     Depositions are scheduled to occur in the Matter of *Certain Infotainment Systems, Components Thereof, and Automobiles Containing the Same*, Investigation No. 337-TA-1119 at the U.S. Embassy in Toyko, Japan on or about February 22, 2019 through on or about March 1, 2019 and at the U.S. Consulate in Osaka, Japan from January 14, 2019 through on or about February 8, 2019.

4.     The U.S. Embassy and U.S. Consulate require a court order no later than six weeks before the beginning of the depositions in order for the depositions to proceed.  *See* Depositions in Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/ (retrieved December 21, 2018).

5.     Without the Court's issuance of a Commission, the parties will be unable to conduct these depositions, which would result not only in the loss of tens to hundreds of thousands of dollars that have already been expended by the parties in arranging for these depositions but also in the inability to proceed according to the current trial schedule.

WHEREFORE, Broadcom respectfully requests that this motion be granted, and that the Court issue a Commission for the taking of depositions at the United States Embassy in Tokyo, Japan and the United States Consulate in Osaka, Japan.


Dated: December 21, 2018                    Respectfully submitted,



                                            */s/ Boyd T. Cloern*
                                            Boyd T. Cloern (DC Bar 471829)
                                            **STEPTOE & JOHNSON LLP**
                                            1330 Connecticut Avenue NW
                                            Washington, DC  20036
                                            Telephone:  (202) 429-3000

                                            *Counsel for Complainant*
                                            *Broadcom Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document,

> UNOPPOSED EMERGENCY MOTION OF BROADCOM CORPORATION
> SEEKING THE COURT'S ISSUANCE OF A COMMISSIONFOR THE TAKING OF
> DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND
> THE UNITED STATES CONSULATE IN OSAKA, JAPAN

have been filed and served on this 21st day of December, 2018, on the following parties in the manner indicated:

> Lisa R. Barton *Via Hand Delivery (2 copies)*
> Secretary
> **U.S. International Trade Commission**
> 500 E Street, S.W.,
> Washington, D.C. 20436
>
> The Honorable Dee Lord *Via Hand Delivery (2 copies)*
> Administrative Law Judge
> **U.S. International Trade Commission**
> 500 E Street, S.W., Room 317
> Washington, D.C. 20436
>
> Edward Jou *Via E-mail (pdf file)*
> Attorney Advisor
> **U.S. International Trade Commission**
> 500 E Street, S.W., Room 317
> Washington, D.C. 20436
>
> Paul Steadman *Via E-mail (pdf file)*
> **DLA PIPER LLP**
> 44 West Lake Street, Suite 900
> Chicago, IL 60606
> Telephone: (312) 368-2135
> Facsimile: (312) 251-2850
> Email: DLA-BroadcomITC@dlapiper.com
> *Counsel for Respondents Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., Toyota Motor Manufacturing, Kentucky, Inc., Toyota Motor Manufacturing, Mississippi, Inc., Toyota Motor Manufacturing, Texas, Inc., Panasonic Corporation, Panasonic Corporation of North America, Denso Ten Limited, Denso Ten America Limited, Denso Corporation, Denso International America, Inc., Denso Manufacturing Tennessee, Inc., Denso Wireless Systems America, Inc. and Japan Radio Co., Ltd.*

Daniel P. Muino, Esq. *Via E-mail (pdf file)*
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DMuino@mofo.com
RenesasITC1119@mofo.com
*Counsel for Respondents Renesas Electronics Corporation and Renesas Electronics America, Inc.*

G. Brian Busy, Esq. *Via E-mail (pdf file)*
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Email: SocionextITC@mofo.com
*Counsel for Respondent Socionext Inc.*

Smith R. Brittingham IV, Esq. *Via E-mail (pdf file)*
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400
Email: UBlox-FH-1119@Finnegan.com
*Counsel for Respondents u-blox AG, u-blox America, Inc. and u-blox San Diego, Inc.*

Lora A. Brzezynski, Esq. *Via E-mail (pdf file)*
**DRINKER BIDDLE & REATH LLP**
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Email: PioneerITC1119@dbr.com
*Counsel for Respondents Pioneer Corporation and Pioneer Automotive Technologies, Inc.*

*/s/ Eric J. Anderson*
Eric J. Anderson
Paralegal Specialist
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202.862.3881

# Exhibit A

**RECEIVED**

**DEC 17 2018**

Clerk, U.S. District and
Bankruptcy Courts

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Case: 1:18-mc-00188
Assigned To : Walton, Reggie B.
Assign. Date : 12/17/2018
Description: Misc.

| | |
|---|---|
| In the Matter of | : |
| | : |
| **CERTAIN INFOTAINMENT SYSTEMS,** | : |
| **COMPONENTS THEREOF, AND** | : |
| **AUTOMOBILES CONTAINING THE** | : |
| **SAME** | : |
| | : |
| | : |
| | : |
| **COMPLAINANT** | : |
| **Broadcom Corporation** | : |
| | : |

Commission for Depositions to be Taken
in Japan

DEPONENTS: Individual
representatives/employees of Denso
Corporation, Pioneer Corporation and
Socionext Inc.

### UNOPPOSED MOTION OF BROADCOM CORPORATION
### TO ISSUE A COMMISSION FOR THE TAKING OF DEPOSITIONS AT
### THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND THE UNITED STATES
### CONSULATE IN OSAKA, JAPAN

Pursuant to Rules 7(b) and 28(b)(1)(D) of the Federal Rules of Civil Procedure,

Complainant Broadcom Corporation ("Broadcom"), in the Matter of *Certain Infotainment*

*Systems, Components Thereof, and Automobiles Containing the Same*, Investigation No. 337-

TA-1119, before the United States International Trade Commission, respectfully requests this

Court issue a certified Commission that appoints and authorizes any consulate officer at the

United States Embassy in Tokyo, Japan, to take depositions to occur on or about February 22,

2019 through on or about March 1, 2019, and at the U.S. Consulate in Osaka for the period of

January 14, 2019 through on or about February 8, 2019.

Attached to this Motion is a proposed Order/Commission of the Court.  Also attached as

Exhibit 1 to this Motion is the Recommendation from the presiding ITC Administrative Law

Judge, Dee Lord, requesting that the Court issue the Commission to obtain the above-mentioned

depositions in connection with discovery for this Investigation.  Respondents Renesas

Electronics Corporation, Toyota Motor Corporation, Panasonic Corporation, Denso Ten Limited,

DENSO CORPORATION, DENSO International America, Inc., DENSO Manufacturing

Tennessee, Inc., DENSO Wireless Systems America, Inc., Japan Radio Co., Ltd., Pioneer

Corporation, Pioneer Automotive Technologies, Inc. and Socionext Inc. do not oppose the filing

of this Motion by Complainant.  The other Respondents in the ITC Investigation No. 337-TA-

1119 have taken no position on the application.


Dated: December 17, 2018                     Respectfully submitted,



                                             */s/ Boyd T. Cloern*_____
                                             Boyd T. Cloern (DC Bar 471829)
                                             **STEPTOE & JOHNSON LLP**
                                             1330 Connecticut Avenue NW
                                             Washington, DC  20036
                                             Telephone:  (202) 429-3000

                                             *Counsel for Complainant*
                                             *Broadcom Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document,

UNOPPOSED MOTION OF BROADCOM CORPORATION TO ISSUE A COMMISSION FOR THE TAKING OF DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND THE UNITED STATES CONSULATE IN OSAKA, JAPAN

have been filed and served on this 17th day of December, 2018, on the following parties in the manner indicated:

The Hon. Lisa R. Barton *Via Hand Delivery (2 copies)*
Secretary
**U.S. International Trade Commission**
500 E Street, S.W.,
Washington, D.C. 20436

The Honorable Dee Lord *Via Hand Delivery (2 copies)*
Administrative Law Judge
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436

Edward Jou *Via E-mail (pdf file)*
Attorney Advisor
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436

Paul Steadman *Via E-mail (pdf file)*
**DLA PIPER LLP**
44 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-2135
Facsimile: (312) 251-2850
Email: DLA-BroadcomITC@dlapiper.com
*Counsel for Respondents Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., Toyota Motor Manufacturing, Kentucky, Inc., Toyota Motor Manufacturing, Mississippi, Inc., Toyota Motor Manufacturing, Texas, Inc., Panasonic Corporation, Panasonic Corporation of North America, Denso Ten Limited, Denso Ten America Limited, Denso Corporation, Denso International America, Inc., Denso Manufacturing Tennessee, Inc., Denso Wireless Systems America, Inc. and Japan Radio Co., Ltd.*

3

Daniel P. Muino, Esq. *Via E-mail (pdf file)*
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DMuino@mofo.com
RenesasITC1119@mofo.com
*Counsel for Respondents Renesas Electronics Corporation and Renesas Electronics*
*America, Inc.*

G. Brian Busy, Esq. *Via E-mail (pdf file)*
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Email: SocionextITC@mofo.com
*Counsel for Respondent Socionext Inc.*

Smith R. Brittingham IV, Esq. *Via E-mail (pdf file)*
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400
Email: UBlox-FH-1119@Finnegan.com
*Counsel for Respondents u-blox AG, u-blox America, Inc.*
*and u-blox San Diego, Inc.*

Lora A. Brzezynski, Esq. *Via E-mail (pdf file)*
**DRINKER BIDDLE & REATH LLP**
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Email: PioneerITC1119@dbr.com
*Counsel for Respondents Pioneer Corporation and Pioneer*
*Automotive Technologies, Inc.*

4

*/s/ Eric J. Anderson*
Eric J. Anderson
Paralegal Specialist
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202.862.3881

# EXHIBIT 1

## UNITED STATES INTERNATIONAL TRADE COMMISSION

### Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN INFOTAINMENT SYSTEMS,<br>COMPONENTS THEREOF, AND<br>AUTOMOBILES CONTAINING THE SAME** | **Inv. No.  337-TA-1119** |

**ORDER NO. 19:**   **GRANTING COMPLAINANT'S UNOPPOSED APPLICATION<br>FOR A RECOMMENDATION TO THE U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA TO ISSUE AN<br>ORDER/COMMISSION TO TAKE DEPOSITIONS IN JAPAN**

(December 12, 2018)

On December 10, 2018, Complainant Broadcom Corporation filed a motion seeking a recommendation to the United States District Court for the District of Columbia to issue an order/commission for the taking of depositions of employees of Respondents DENSO CORPORATION, Pioneer Corporation, and Socionext Inc. in Japan (Motion Docket No. 1119-015).  There is no opposition to the motion from any of the Respondents.

Complainant was previously granted recommendations to take depositions of other Respondents' employees in Japan. *See* Order No. 16 (Nov. 1, 2018).  Respondents DENSO CORPORATION, Pioneer Corporation, and Socionext Inc. were among the respondents added to the investigation pursuant to Order No. 14 (Oct. 3, 2018), *reviewed in part by* Comm'n Notice (Nov. 1, 2018).  Complainant now moves for a recommendation to take depositions of DENSO CORP. employees Hideki Naruse, Hiroshi Ishiguro, Kei Uemura, and Katsuhiko Mutoh; Pioneer Corp. employees Yuya Kawagishi, Ryo Furuyama, Yoshiki Kutsuwa, and Makoto Anzawa; and Socionext Inc. employees Makoto Nakahara and Yoshimasa Nagashima.

Japan is not a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Criminal Matters, 23 U.S.T. 2555 (*opened for signature* Mar. 18, 1970), but parties in U.S. litigation can take deposition testimony from a willing witness in Japan under a bilateral treaty between the United States and Japan. *Consular Convention and Protocol*, U.S.-Japan, 15 U.S.T. 768 (Mar. 22, 1963). These depositions must take place on U.S. consular premises, and the U.S. State Department requires an order from a U.S. District Court to host such depositions. *See* Depositions in Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/ (retrieved December 11, 2018).

Complainant has reserved space at the U.S. Embassy in Tokyo for the period of December 17-21, 2018,[1] and at the U.S. Consulate in Osaka for the period of December 17-21, 2018, and January 14 to February 8, 2019. The U.S. Embassy requires a court order no later than six weeks before the beginning of the depositions. *See* Depositions in Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/ (retrieved December 11, 2018).

There being no opposition and for good cause shown, Motion Docket No. 1119-015 is hereby GRANTED. The recommendation to the U.S. District Court for the District of Columbia is attached hereto as Attachment A, and the proposed Order/Commission is attached hereto as Attachment B.

**SO ORDERED.**

Dee Lord
Administrative Law Judge

---

[1] Complainant has also reserved space at the U.S. Embassy in Tokyo for the period of February 22 to March 1, 2019, but fact discovery closes on February 15, 2019. *See* Order No. 17 (Nov. 26, 2018).

Attachment A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

**Washington, D.C.**

| In the Matter of<br><br>**CERTAIN INFOTAINMENT SYSTEMS, COMPONENTS THEREOF, AND AUTOMOBILES CONTAINING THE SAME** | Inv. No. 337-TA-1119 |
|---|---|

**RECOMMENDATION THAT
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
ISSUE AN ORDER/COMMISSION TO TAKE DEPOSITIONS IN JAPAN**

(December 12, 2018)

The undersigned Administrative Law Judge has granted a motion by Complainant Broadcom Corporation in the above-captioned United States International Trade Commission investigation for issuance of a Recommendation that the United States District Court for the District of Columbia issue an Order/Commission appointing and authorizing any Consul or Vice-Consul of the United States of America at the United States Embassy in Tokyo, Japan and the United States Consulate in Osaka, Japan, to administer any necessary oaths and to take the deposition testimony of volunteering witnesses employed by Respondents DENSO CORPORATION, Pioneer Corporation, and Socionext Inc. beginning on or about December 17, 2018 through on or about February 8, 2019.

The attached Order/Commission solicits deposition testimony from DENSO CORP. employees Hideki Naruse, Hiroshi Ishiguro, Kei Uemura, and Katsuhiko Mutoh; Pioneer Corp. employees Yuya Kawagishi, Ryo Furuyama, Yoshiki Kutsuwa, and Makoto Anzawa; and Socionext Inc. employees Makoto Nakahara and Yoshimasa Nagashima.

The recommended Order/Commission is necessary, because the Government of Japan has very strictly interpreted Article 17 of the United States-Japan Consular Convention, which provides that consular officers may: "take depositions on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given;" and "administer oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state." *Consular Convention and Protocol*, U.S.-Japan, 15 U.S.T. 768, Article 17(1)(e) (Mar. 22, 1963). Specifically, Japanese law and practice, and the mutually-agreed upon interpretation of the United States-Japan Consular Convention concerning obtaining evidence in Japan, permits the taking of a deposition on U.S. consular premises of a willing witness for use in a court in the United States only (1) pursuant to a commission to take a deposition issued by a court to any Consul or Vice Consul of the United States or (2) on notice, provided that an order issued by a court in the United States specifically authorizes an American consular officer to take the deposition on notice. *See* Depositions in Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/ (retrieved December 11, 2018). Further, attorneys and staff participating in these depositions must secure a special deposition visa, and the Japanese government requires a court order before issuing such visas.

The District Court for the District of Columbia has authority to issue a court order and the requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651. There is precedent in this regard. *See, e.g.*, *In re Certain Computers*, No. 1:12-mc-475 (D.D.C. Sept. 14, 2012), D.I. 2.

In order for the parties to obtain the necessary deposition visas and preserve the deposition room reservations at the U.S. Embassy in Tokyo and the U.S. Consulate in Osaka, it is requested that the United States District Court for the District of Columbia assign a judge and,

if needed, schedule a hearing to expedite the filing of this Order/Commission.  It is further

requested that the Court issue the attached Order/Commission permitting a consul of the United

States to allow for the taking and transcribing of a deposition at the U.S. Embassy in Tokyo and

the U.S. Consulate in Osaka.

It is therefore recommended to the United States District Court for the District of

Columbia that the attached Order/Commission be granted.

**SO ORDERED.**

Dee Lord
_____
Dee Lord
Administrative Law Judge



Attachment B

RECEIVED

DEC 17 2018

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

In the Matter of

**CERTAIN INFOTAINMENT SYSTEMS,
COMPONENTS THEREOF, AND
AUTOMOBILES CONTAINING THE SAME**

**COMPLAINANT
Broadcom Corporation**

Case: 1:18−mc−00188
Assigned To : Walton, Reggie B.
Assign. Date : 12/17/2018
Description: Misc.

**DEPONENT: Individual
representatives/employees of Renesas
Electronics Corporation**

## ORDER AND COMMISSION
## FOR DEPOSITION TO BE TAKEN IN JAPAN

TO:   **Any Consul or Vice Consul of the United States,**
U.S. Embassy Tokyo
1-10-5 Akasaka, 1-chome, Minato-ku
Tokyo 107-8420 Japan

U.S. Consulate General Osaka
2-11-5, Nishitenma
Kita-ku, Osaka 530-8543

Upon the application of Complainant Broadcom in United States International Trade

Commission Investigation No. 337-TA-1119, *Certain Infotainment Systems, Components*

*Thereof, and Automobiles Containing the Same Containing Same*, and pursuant to Article 17 of

the United States-Japan Consular Convention,

IT IS ORDERED that the depositions on notice of the following witnesses of

Respondents DENSO CORPORATION, Pioneer Corporation, and Socionext Inc., as well as

other corporate representatives that may be identified, all of whom will appear voluntarily, be

taken at the United States Embassy in Tokyo, Japan, or the United States Consulate in Osaka,

Japan:

- Hideki Naruse (DENSO CORPORATION)
- Hiroshi Ishiguro (DENSO CORPORATION)
- Kei Uemura (DENSO CORPORATION)
- Katsuhiko Mutoh (DENSO CORPORATION)
- Yuya Kawagishi (Pioneer Corporation)
- Ryo Furuyama (Pioneer Corporation)
- Yoshiki Kutsuwa (Pioneer Corporation)
- Makoto Anzawa (Pioneer Corporation)
- Makoto Nakahara (Socionext Inc.)
- Yoshimasa Nagashima (Socionext Inc.)

commencing on or about December 17, 2018 at 9:00 AM and terminating on or about

February 8, 2019 at 5:00 PM, and to mark any documentary exhibits in connection therewith.

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice Consul of

the United States in Japan is hereby commissioned to administer any necessary oath and allow

the taking of testimony from the witnesses.

Listed below are the names of counsel who may participate in these depositions, together

with other persons who may attend or assist with these depositions. The proceedings will be

reported, videotaped, and/or interpreted by Planet Depos – American Realtime Court Reporters.

For Complainant Broadcom Corporation:

- John M. Caracappa
- Boyd Cloern
- Matthew N. Bathon
- Brian Johnson
- Douglas R. Peterson
- David Kwasniewski
- Scott Richey
- Thomas Yebernetsky
- Li Guo
- Michael Flynn O'Brien

For Respondent Socionext Inc.:

- G. Brian Busey
- Lynn I. Levine
- Aaron D. Rauh
- Hector G. Gallegos
- A. Max Olson
- Akira Irie

For Respondent DENSO CORPORATION:

- Paul Steadman
- Matthew Satchwell
- Ferlilla V. Roberson
- Shuzo Maruyama
- Brian Erickson
- Christopher Field
- Aaron Fountain
- Tomomi Fujikouge
- Kathryn Riley Grasso
- Kevin Hamilton
- Shingo Ieda
- Daito Kato (Or Katou)
- David Knudsen
- Joshua Kresh
- Stephanie Lim
- Dan Matsuda
- Erin McLaughlin
- Gianni Minutoli
- Michiyuki Nishimura
- Takahiro Nonaka
- Takashi Onoda
- Patrick Park
- Steven Reynolds
- Andrew Stein
- Teresa Sumiyoshi
- Aaron Wainscoat
- Sangwon Sung
- Yasuo Watanabe
- Brent Yamashita

For Respondent Pioneer Corporation:

- Lora A. Brzezynski
- John G. Smith
- Brianna L. Silverstein
- James R. Carpenter
- Nick Colic
- Yodi S. Hailemariam

For Planet Depos – American Realtime Court Reporters:

- Lisa Feissner
- Leslie Anne Todd
- Renee Michele Kelch
- Lisa Ann Knight
- Susan Dena Wasilewski
- Giselle Marsha Mitchell
- Anne Marie Torreano
- Charlotte Lacey
- Jason Thomas Meadors III
- Thomas Kinsey Feissner
- Luis Alejandro Lopez
- Kevin Wayne Cranford, Jr.
- Anthony James Vorndran
- Debby Elaine Cavazos
- Nathan James LeMaster
- Christie Jeon
- Bridgette Lynn Rast
- Jillian Barricelli

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your commission and close the same under your seal; and these materials to be returned to this court with all convenient speed.

WITNESS, the Honorable _____, United States Judge of the United

States District Court, District of Columbia, this _____ day of _____, 2018.


Date: _____, 2018

_____
United States Judge
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
United States of America


I hereby certify that the signature above is that of the Honorable_____,
United States Judge of the United States District Court of the District of Columbia.

_____          Clerk of the Court

                                      By: _____
Deputy Clerk: